*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-09-00346-CV

Juan J. **MURILLO** d/b/a J.J. Transport and Jose Guzman Hernandez,
Appellants

v.

James **TURK**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 07-09-22905-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen A. Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed: September 30, 2009

JOINT MOTION TO REVERSE AND REMAND GRANTED

The parties have filed a joint motion stating they have fully resolved and settled all issues in

dispute.  The parties ask that we reverse the trial court's judgment with respect to James Turk's

recovery against appellants, and remand the cause to the district court for rendition of judgment in

accordance with the settlement agreement.  *See* TEX. R. APP. P. 42.1(a)(2)(B).  They further request

that we release the obligations on the supersedeas bond and issue the mandate immediately. The parties have agreed that each party shall bear its own costs.

We grant the motion. The judgment of the trial court, with respect to James Turk's recovery against appellants, is reversed and the cause is remanded to the district court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The costs of this appeal shall be borne by the party that incurred them. The obligations on the supersedeas bond are discharged, and the Clerk of this court is ordered to issue the mandate immediately upon issuance of this opinion and judgment.

PER CURIAM